# Court of Appeals
# of the State of Georgia

ATLANTA,  December 10, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0048. BROWN et al. v. TRUE NORTH PROPERTY OWNER B, LLC.**

Acting pro se, defendant Brian Brown, Sr., has filed an emergency motion seeking the grant of summary judgment pursuant to Court of Appeals Rule 40 (b). The motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  12/10/2024*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*